STATE of Missouri, Respondent,

v.

Earl L. BELTON, Appellant.

Earl L. BELTON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46488, WD 47573.

Missouri Court of Appeals,
Western District.

Sept. 28, 1993.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM:

A jury convicted Earl L. Belton of one count of robbery in the second degree, § 569.030, RSMo 1986, and one count of kidnapping, § 565.110, RSMo 1986. Belton appeals the kidnapping conviction and the denial of his Rule 29.15 motion for post-conviction relief. We affirm the judgment of conviction

and the denial of the post-conviction relief. Rule 30.25(b) and Rule 84.16(b).